```
             KING COUNTY DEPT. OF ADULT _JUVENILE DETENTION
        ==================================================

                          Resident Account Summary
                      Wednesday, January 04, 2017  @08:37
     =================================================================
For BA Number: 216035994      CANTY, KYLE LYDELL
----------------------------------------------------------------------
  Date       Transaction Description      Amount   Balance   Owed   Held   Reference
----------------------------------------------------------------------
12/29/2016 SECURUS PH   PHONE TIME PURCHASE   -1.00    0.81    0.00   0.00   12/29/2016
12/29/2016 SECURUS PH   PHONE TIME PURCHASE   -5.00    1.81    0.00   0.00   12/29/2016
12/29/2016 SECURUS PH   PHONE TIME PURCHASE   -5.00    6.81    0.00   0.00   12/29/2016
12/29/2016 SECURUS PH   PHONE TIME PURCHASE  -20.00   11.81    0.00   0.00   12/29/2016
12/23/2016 <MEDICAL CO  Payment for MEDICAL COPAY  -5.00  31.81  0.00  0.00  12/23/2016
12/22/2016 DEPOSIT CAS  BK                    36.81   36.81    5.00   0.00   12/22/2016
11/29/2016 CASH RELEAS  REL                    0.00    0.00    5.00   0.00   11/29/2016
11/29/2016 SECURUS PH   Phone Money Refund     0.00    0.00    5.00   0.00   11/29/2016
10/19/2016 MEDICAL COP  10/12/16               5.00    0.00    5.00   0.00   10/19/2016
07/13/2016 DEPOSIT CAS  NO BK CASH             0.00    0.00    0.00   0.00   07/13/2016
```

**CERTIFIED COPY**

**KING COUNTY**
**DEPT. OF ADULT**
**&**
**JUVENILE DETENTION**

THIS PRINTOUT ONLY REFLECTS MONEY DEPOSITED INTO THE ABOVE NAMED JAIL ACCOUNT. IT DOES NOT REFLECT ANY OTHER ASSETS THIS PERSON MAY POSESS OUTSIDE OF THE DEPT. OF ADULT AND JUVENILE DETENTION.