**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

February 13, 2017

Kyle Lydell Canty
KING COUNTY JAIL (SEATTLE)
500 5TH AVE
SEATTLE, WA 98104

Your civil action *Canty v. Mitchell et al* was filed in the U.S. District Clerk's office at Seattle on February 13, 2017.

Your case has been assigned Case Number **2:17−cv−00227−RAJ−MAT,** and has been assigned to Judge Richard A Jones, Presiding Judge and referred to Magistrate Judge Mary Alice Theiler

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file