FILED ___ LODGED ___ RECEIVED ___ MAIL
MAR 03 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, Plaintiff, | Case No. 2:17-CV-00227-RAJ-MAT |
| VS. | MOTION OF EXTENTION |
| RUNETTE MITCHELL, et al Defendants. | |

MR. Canty on the 27th day of the second month of the year 2017 respectfully is asking the courts along with the HON. U.S. Magistrate Mary Alice Theiler to grant an extention of time of 45 days from the confirmed date of February 23d 2017. This is the confirmed date that King County Correctional facility alloted MR. Canty access to the Courts, Paper envelopes, pencils. This facility offers "No law Books for inmates"

P 1 of 2

So when MR. Canty says No access to the Courts he is speaking about a Computer that has No internet service and is a Controlled database. MR. Canty is pretty sure that the United States District Courts Western district of Washington at Seattle is fully aware of the illegal activity that Continues to go on only at this Seattle location and not at the Maleng Regional Justice Center (Kent WA)

Attached to this MOTION is a Exhibit that proves when MR. Canty was granted access to the Courts, also MR. Canty received proper notice by mail from the U.S. District Courts on the 21st day of the Second month 2017 (Not enough time)

Prepared by:   Kyle Lydell Canty
                New BA# 216035994
_____ 02/27/2017   500 Fifth Avenue
                Seattle WA 98104

P 2 of 2

Name: Kyle Lydell Canty
Bkg. #2603594
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED
MAIL

MAR 03 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Mailed From 98104
03/01/2017
US POSTAGE
$00.46°
First-Class

Legal mail