UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>                            Plaintiff,<br><br>   v.<br><br>RUNETTE MITCHELL, *et al.*,<br><br>                          Defendants. | Case No. C17-0227-RAJ-MAT<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR EXTENSION OF TIME |

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for an extension of time to file his amended complaint. The Court, having reviewed plaintiff's motion, and the balance of the record, hereby ORDERS as follows:

(1) Plaintiff's motion for extension of time (Dkt. 6) is GRANTED. Plaintiff is directed to file his amended complaint not later than *April 14, 2017*. Failure to file an amended complaint by this deadline will result in a recommendation that this action be dismissed.

/ / /

/ / /

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 1

(2)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 29th day of March, 2016.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 2