UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY
　　　Plaintiff

VS.

RUNETTE MITCHELL, et al
　　　Defendants.

Case No. 2:17-CV-00227-RAJ-MAT

MOTION PURSUANT TO 28 U.S.C. 1404

COMES NOW, the Plaintiff Kyle Lydell Canty on the 10th day of the month of April year 2017 and Pursuant to 28 U.S.C. 1404(A),(B),(C), MR. Canty beseeches the Courts to grant this motion in the interest of Justice. The Eastern District would be less likely to prejudice MR. Canty.

Prepared by:

2  04/10/2017

Kyle Lydell Canty
BA# 216035994
500 Fifth Ave
Seattle WA 98104

Name: Kyle Lydell Canty
Bkg. # 216035944
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal mail

Clerk, U.S. District Court
U.S. Courthouse
700 Stewart Street, Suite 2310
Seattle WA 98101

US POSTAGE
$00.46⁰
First-Class
Mailed From 98104
04/14/2017
032A 0061807160

Legal firm mail

Legal mail

Legal mail