UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE CANTY,

                Plaintiff,

    v.

RUNETTE MITCHELL, *et al.*,

                Defendants.

Case No. C17-0227-RAJ-MAT

ORDER DENYING PLAINTIFF'S
MOTION FOR CHANGE OF VENUE

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion pursuant to 28 U.S.C. § 1404. The Court, having reviewed plaintiff's motion, and the balance of the record, hereby finds and ORDERS as follows:

(1) Plaintiff's motion pursuant to 28 U.S.C. § 1404 (Dkt. 8) is DENIED. Plaintiff asserts in his motion that the interests of justice warrant a change of venue in this matter, and he suggests that the Eastern District of Washington would be a venue less likely to cause him prejudice. Plaintiff fails to explain, however, why he believes he will be prejudiced if the action remains in this district, and the record currently before this Court reveals no reason a transfer might be necessary or appropriate.

(2) The deadline for plaintiff to file his amended complaint passed while his motion

ORDER DENYING PLAINTIFF'S
MOTION FOR CHANGE OF VENUE - 1

for change of venue was awaiting consideration by the Court. Now that plaintiff's motion has been ruled on, the Court deems it appropriate to grant plaintiff a final extension of time to file his amended complaint. Accordingly, plaintiff is directed to file his amended complaint not later than ***June 9, 2017***. Failure to file an amended complaint by this deadline will result in a recommendation that the instant action be dismissed.

(3)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 9th day of May, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR CHANGE OF VENUE - 2