UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUNETTE MITCHELL, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. C17-0227-RAJ<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　Plaintiff's complaint and this action are DISMISSED, without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief may be granted; and

//

//

//

//

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this _____ day of _____, 2017.

RICHARD A. JONES
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2