# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE LYDELL CANTY,

    Plaintiff,

v.

RUNETTE MITCHELL, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C17-0227-RAJ

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is adopted and approved.  Plaintiff's complaint and this action are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief may be granted.

Dated this _____ day of _____, 2017.

                          WILLIAM M. MCCOOL
                                 Clerk

                          Deputy Clerk