# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE LYDELL CANTY, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER:  C17-0227-RAJ |
| v. | |
| RUNETTE MITCHELL, et al., | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved.  Plaintiff's complaint and this action are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief may be granted.

Dated this 28th day of July, 2017.

WILLIAM M. MCCOOL
Clerk

/s/ Rhonda Stiles
Deputy Clerk